## DISCIPLINARY DOCKET

**97–2185. Disciplinary Counsel v. Maxwell.**
IT IS ORDERED by this court, *sua sponte*, that David Clay Maxwell, Attorney Registration No. 0039122, last known business address in Newark, Ohio, is found in contempt for failure to comply with this court's order of August 12, 1998, to wit: failure to surrender his attorney registration card on or before September 11, 1998.

**97–2273. Cleveland Bar Assn. v. Belock.**
IT IS ORDERED by this court, *sua sponte*, that Dale J. Belock, a.k.a. Dale John Belock, Attorney Registration No. 0031806, last known business address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of June 10, 1998, to wit: failure to pay board costs in the amount of $3,392.16 on or before September 8, 1998.

## MISCELLANEOUS DISMISSALS

**99–871. State v. Owen.**
Miami App. No. 98CA17. This cause is pending before the court as a discretionary appeal. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due July 2, 1999, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

 IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

*Monday, July 12, 1999*

## MERIT DOCKET

**99–1071. State ex rel. Halleen Chevrolet, Inc. v. James.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of the motion to dismiss of Ohio Motor Vehicle Dealers Board, and the motion for leave to intervene and motion to dismiss of General Motors Corporation,

 IT IS ORDERED by the court that the motion to dismiss of Ohio Motor Vehicle Dealers Board be, and hereby is, granted, and this cause is dismissed.

 MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

 PFEIFER, J., dissents and would grant an alternative writ.

## MOTION DOCKET

**97–1474. State v. Sheppard.**
Hamilton App. Nos. C-950402 and C-950744. Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief is pending in this court under case No. 99–893,

 IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

 IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

 IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.